(November 10, 1958)

■ In the Matter of Acquisition of Property to be Acquired for School Purposes in the Incorporated Village of Lindenhurst, Town of Babylon, Suffolk County. UNION FREE SCHOOL DISTRICT No. 4, TOWN OF BABYLON, VILLAGE OF LINDENHURST, SUFFOLK COUNTY, Appellant; MORRIS LIEBMAN et al., Respondents.— Oral motion to dismiss appeal, made on call of calendar, denied on condition that appellant proceed diligently to procure a proper record on appeal which shall include a case (Civ. Prac. Act, §§ 616, 575), and that appellant be ready to argue or submit the appeal at the December Term, beginning Monday, November 24, 1958, to which term the appeal has been

adjourned. The case shall be settled by the County Judge (see *Village of Port Chester* v. *Sheehan*, 5 A D 2d 839). Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.